**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NOROV, et al.**

*Plaintiffs,*

v.

**EDLOW, et al.**

*Defendants.*

Civil No.: 2:26-cv-04742

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiffs, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully notify this Honorable Court of their desire to voluntarily dismiss the complaint (Doc. 1) as the underlying controversy has been resolved and this matter is now moot. Further, Plaintiffs affirm that each party shall bear their own costs and fees.

Dated: August 3, 2026

Respectfully Submitted,

*s/ Christopher M. Casazza, Esq.*

Christopher M. CASAZZA, Esquire
Bar No. PA309567
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
chris@piclaw.com

ATTORNEY FOR PLAINTIFFS

Approved: August 3, 2026

/s/ Joel H. Slomsky
Joel H. Slomsky, J.